

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID LEWIS TIPTON, | § | No. 08-15-00069-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | Criminal District Court No. 3 |
| | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
| | § | |
| State. | | (TC# 1355209D) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **July 21, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Pia R. Lederman, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before July 21, 2015.

IT IS SO ORDERED this 16th day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.